IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02958-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

CHRIS CASTILLO, and
SHEREE DILL,

    Plaintiffs,

v.

LOUIE BAEZ,
JOSEPH D. ROMERO, and
CHRISTIE J. CZAJKOWSKI,

    Defendants.

## ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES

Plaintiffs, Chris Castillo and Sheree Dill, currently reside in Littleton, Colorado. They have submitted a Federal Civil Complaint, a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Motion for Injunction.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order. Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers that Plaintiffs file in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted on a Court-approved form (BOTH PLAINTIFFS MUST SUBMIT A SEPARATE § 1915 MOTION-PLAINTIFFS MAY REQUEST THAT THE FORMS BE RESTRICTED PURSUANT TO LOCAL RULE 7.2)
(2)   ___   is missing affidavit
(3)   ___   is missing required financial information
(4)   ___   is missing an original signature by Plaintiffs

(5) __ is not on proper form (must use the Court's current form)
(6) __ names in caption do not match names in caption of complaint
(7) __ other:

**Complaint, Petition or Application**:
(8) __ is not submitted
(9) _X_ is not on proper form (must use the Court's current form)
(10) _X_ is missing an original signature by Plaintiffs
(11) __ is missing page nos. __
(12) __ uses et al. instead of listing all parties in caption
(13) __ names in caption do not match names in text
(14) __ other:

Accordingly, it is

    ORDERED that Plaintiffs cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order. It is

    FURTHER ORDERED that Plaintiffs shall obtain the Court-approved form used in filing a Complaint and a 28 U.S.C. § 1915 Motion and Affidavit, along with the applicable instructions, at www.cod.uscourts.gov. It is

    FURTHER ORDERED that if they fail to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

    DATED November 13, 2012, at Denver, Colorado.

                                BY THE COURT:

                                s/Boyd N. Boland
                                United States Magistrate Judge