IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02958-BNB

CHRIS CASTILLO, and
SHEREE DILL,

    Plaintiffs,

v.

LOUIE BAEZ,
JOSEPH D. ROMERO, and
CHRISTIE J. CZAJKOWSKI,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiffs, Chris Castillo and Sheree Dill, currently reside in Littleton, Colorado. They initiated this action by filing a "Federal Civil Complaint," Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and Motion for Injunction.

    On November 13, 2012, Magistrate Judge Boyd N. Boland entered an order instructing Plaintiffs to each submit their own Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Plaintiffs also were instructed to submit their claims on a Court-approved form and to each sign the complaint form. Plaintiffs were warned that the action would be dismissed without further notice if they failed to cure the deficiencies within thirty days.

    Plaintiffs now have failed to communicate with the Court, and as a result they have failed to cure the deficiencies within the time allowed. The Court, therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiffs file a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that all pending motions are denied as moot.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  17th  day of    December    , 2012.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court