IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02958-LTB

CHRIS CASTILLO, and
SHEREE DILL,

    Plaintiffs,

v.

LOUIE BAEZ,
JOSEPH D. ROMERO, and
CHRISTIE J. CZAJKOWSKI,

    Defendants.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 17, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 17 day of December, 2012.

                           FOR THE COURT,

                           JEFFREY P. COLWELL, Clerk

                           By: s/ M.J. Garcia
                              Deputy Clerk