**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02958-LTB

CHRIS CASTILLO, and
SHEREE DILL,

    Plaintiffs,

v.

LOUIE BAEZ,
JOSEPH D. ROMERO, and
CHRISTIE J. CZAJKOWSKI,

    Defendants.

---

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On December 17, 2012, Plaintiffs filed a Rule 7.2 Motion, ECF No. 10, a Motion for Clarification, ECF No. 11, and two Motions and Affidavits for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF Nos. 9 and 12.  The action was dismissed without prejudice on December 17, 2012, for failure to cure deficiencies within the time allowed. Even considering the filings submitted on December 17, 2012, Plaintiffs still have failed to cure all deficiencies.  Nothing in the Court's November 13, 2012, requires clarification.  If Plaintiffs desire to pursue their claims they must do so by initiating a new action.  All pending motions are denied as moot.

Dated:  December 18, 2012,